# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2018

*The Court of Appeals hereby passes the following order*

**A19D0066. ERIC BERNARD ANDERSON v. THE STATE.**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012C46362



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, September 17, 2018.*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*